UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NYDIA BAEZ )<br>    Plaintiff ) | CIVIL ACTION NO.<br>3:14-CV-01040-JCH |
| ) | |
| v. ) | |
| ) | |
| COUNTRY MOTORS II, INC. D/B/A )<br>BOB'S BUICK GMC OF MILFORD )<br>    Defendant ) | |
| ) | NOVEMBER 6, 2014 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Nydia Baez, through her attorney, hereby gives notice that the plaintiff's claims shall be dismissed with prejudice, and without costs or attorney's fees.

          PLAINTIFF, NYDIA BAEZ

          By: /s/ *Daniel S. Blinn*
              Daniel S. Blinn (ct02188)
              dblinn@consumerlawgroup.com
              Consumer Law Group, LLC
              35 Cold Spring Rd. Suite 512
              Rocky Hill, CT  06067
              Tel. (860) 571-0408
              Fax (860) 571-7457

## CERTIFICATION

    I hereby certify that on this 6th day of November, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


    /s/ *Daniel S. Blinn*
    Daniel S. Blinn